

United States District Court
Eastern District of California

Jeanine Randall

Plaintiff(s)

V.

Home Depot

Defendant(s)

Case Number: 2:23-cv-00476

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, F. Nicholas Chandler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Home Depot U.S.A., Inc. (erroneously sued as Home Depot)

On December 7, 2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I previously submitted a pro hac vice application in this case on April 4, 2023 (see Dkt. 11) that remains pending, but have not made any other pro hac vice application to this Court. This application is being resubmitted solely for the purpose of providing a Certificate of Good Standing from a Court in my primary state of practice as requested.

Date: April 20, 2023

Signature of Applicant: /s/ F. Nicholas Chandler

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | F. Nicholas Chandler |
| Law Firm Name: | ALSTON & BIRD LLP |
| Address: | One Atlantic Center |
| | 1201 W. Peachtree Street NE |
| City: | Atlanta     State: GA    Zip: 30309 |
| Phone Number w/Area Code: | (404) 881-7000 |
| City and State of Residence: | Atlanta, CA |
| Primary E-mail Address: | nick.chandler@alston.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | James R. Evans, Jr. |
| Law Firm Name: | ALSTON & BIRD LLP |
| Address: | 333 S. Hope Street |
| | 16th Floor |
| City: | Los Angeles     State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 576-1000     Bar # 119712 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 20, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE