JAMES R. EVANS, JR. (State Bar No. 119712)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:  213-576-1000
Facsimile:  213-576-1100
E-mail:     james.evans@alston.com

F. NICHOLAS CHANDLER (GA Bar No. 110451)
(admitted Pro Hac Vice)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7969
Facsimile: 404-881-7777
E-mail: nick.chandler@alston.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.
A Delaware corporation (erroneously sued as HOME DEPOT)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE RANDALL, individually, and as successor in interest to SONIA HUEY<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT,<br><br>Defendant. | Case No. 2:23-cv-00476-DJC-KJN<br><br>[Assigned for all Purposes to the Honorable Daniel J. Calabretta]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 27, 2023<br>Removal Date:   March 13, 2023 |

The Court, having received the Parties' Joint Stipulation of Dismissal with Prejudice filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeanine Randall's Eighth Cause of Action for Negligence Resulting in Injury to Plaintiff Randall and Ninth Cause of Action for Negligent Infliction of Emotional Distress are hereby DISMISSED WITH PREJUDICE.

SO ORDERED this 5th day of September, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE